Lawrance A. Bohm (SBN: 208716)
Bradley J. Mancuso (SBN: 285616)
Rachael E. Sauer (SBN: 308549)
**BOHM LAW GROUP, INC.**
21051 Warner Center Lane, Suite 225
Woodland Hills, California 91367
Telephone: 866.920.1292
Facsimile: 916.927.2046

Attorneys for Plaintiff,
ROBERTA RODMAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERTA RODMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE WEST, INC., A Nevada Corporation; NOEL CLARKE, an individual; DANIEL ROSA, an individual; and DOES 1 through 50, et al.,<br><br>    Defendants. | Case No: 5:16-cv-01230-FMO-SP<br><br>**ORDER FOR PARTIAL DISMISSAL AND REMAND TO STATE COURT**<br><br>Removed: June 10, 2016<br>Judge: Hon. Fernando M. Olguin<br>Ctrm: 22 |

Plaintiff ROBERTA RODMAN ("Plaintiff"), and Defendants AUTOZONE WEST, LLC (sued herein as AutoZone West, Inc.), NOEL CLARKE (erroneously sued as Noel Clark), and DANIEL ROSA (erroneously sued as Danny Rosas)

1

**ORDER ON STIPULATION TO REMAND CASE BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT**

*Rodman v. Autozone West, Inc., et al*
Case No.: 5:16-cv-01230-FMO-SP

Lawrance A. Bohm, Esq.
Bradley J. Mancuso, Esq.
Rachael E. Sauer, Esq.

("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

## STIPULATION

1. On March 23, 2016, Plaintiff filed an action in the Superior Court of California, County of San Bernardino titled *Rodman v. Autozone West, Inc., et al* as Case No. CIVDS1604332.

2. On or about June 10, 2016, Defendants filed a Notice of Removal of the Action to this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446.

3. On or about August 1, 2016, pursuant to Local Rule 7-3, Plaintiff's counsel informed Defense counsel of Plaintiff's intent to move for remand.

4. On or about August 4, 2016, the Parties discussed dismissal of the Individual Defendants, Mr. Clarke and Mr. Rosa, in exchange for a Stipulation to remand Plaintiff's Action to the Superior Court of California, County of San Bernardino. The Parties later agreed to do so to avoid motion practice.

5. The Parties stipulate to the dismissal with prejudice of Defendants, Mr. Clarke and Mr. Rosa, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Mr. Clarke and Mr. Rosa agree to waive all costs upon dismissal.

6. The Parties stipulate that the voluntary dismissal of Mr. Clarke and Mr. Rosa is not an adjudication on the merits of any issues and shall have no effect on the merits of Plaintiff's claims, including but not limited to claim preclusion or issue preclusion.

7. Without any admission regarding the claims plead in the Complaint, Plaintiff agrees that the Complaint does not seek relief under the Family Medical Leave Act ("FMLA").

8. Upon dismissal of Mr. Clarke and Mr. Rosa, the Parties stipulate that this action be immediately remanded to the San Bernardino County Superior

2

**ORDER ON STIPULATION TO REMAND CASE BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT**

*Rodman v. Autozone West, Inc., et al*
Case No.: 5:16-cv-01230-FMO-SP

Lawrance A. Bohm, Esq.
Bradley J. Mancuso, Esq.
Rachael E. Sauer, Esq.

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

Court for lack of federal question jurisdiction.  All pending deadlines and hearings in this case should be taken off the Court's calendar.

9. After dismissal from the action, Mr. Clarke and Mr. Rosa agree to appear for deposition pursuant to a standard deposition notice, served on counsel for Defendants.

10. After dismissal from the action, Mr. Clarke and Mr. Rosa agree to appear for trial pursuant to a subpoena, served on counsel for Defendants.

11. The Parties further stipulate that Plaintiff may use the testimony of Mr. Clarke and Mr. Rosa as though they were Defendants.

12. Subject to all conditions for the stipulated dismissal of Mr. Clarke and Mr. Rosa, Defendant does not contest the lack of complete diversity of citizenship at the time of removal.

13. Each Party shall bear her/its own attorneys' fees with respect to the removal and remand of the Action pursuant to this Stipulation and Order.

Dated: October 5, 2016          By: /s/ Rachael E. Sauer, Esq.
                                     LAWRANCE A. BOHM, ESQ.
                                     BRADLEY J. MANCUSO, ESQ.
                                     RACHAEL E. SAUER, ESQ.
                                     Attorneys for Plaintiff,
                                     ROBERTA RODMAN

Dated: October 5, 2016          By: /s/ Michael Hoffman
                                     MICHAEL HOFFMAN, ESQ
                                     Attorneys for Defendants
                                     AUTOZONE WEST, LLC (sued as AutoZone West, Inc.), NOEL CLARKE (sued as Noel Clark), and DANIEL ROSA (sued as Danny Rosas)

3

ORDER ON STIPULATION TO REMAND CASE BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT

*Rodman v. Autozone West, Inc., et al*  
Case No.: 5:16-cv-01230-FMO-SP

Lawrance A. Bohm, Esq.  
Bradley J. Mancuso, Esq.  
Rachael E. Sauer, Esq.

**ORDER**

Pursuant to stipulation, and good cause appearing, the Court enters the following order for partial dismissal and remand of the action:

1. Pursuant to Rule 41(a), Mr. Clarke and Mr. Rosa are dismissed from the action with prejudice. Mr. Clarke and Mr. Rosa shall not recover costs. The dismissal of Mr. Clarke and Mr. Rosa is not an adjudication on the merits and shall have no effect on the merits of Plaintiff's claims, including but not limited to claim preclusion or issue preclusion.

2. Plaintiff denies that her Complaint asserts claims or seeks relief under the Family Medical Leave Act ("FMLA"). Based on Plaintiff's agreement regarding the scope of the Complaint, Defendant agrees that the action does not plead any federal question for purposes of subject matter jurisdiction.

3. Based on Defendants' agreement not to contest the lack of complete diversity of citizenship at the time of removal, the conditions for retaining subject matter jurisdiction over the action are no longer present.

4. All Parties shall bear their own attorneys' fees and costs with respect to the removal and remand of the Action pursuant to this Stipulation and Order.

5. The action is hereby remanded to the Superior Court of California, County of San Bernardino for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: October 5, 2016

                                                    /s/ Fernando M. Olguin
                                          UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO REMAND CASE BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT

*Rodman v. Autozone West, Inc., et al*
Case No.: 5:16-cv-01230-FMO-SP

Lawrance A. Bohm, Esq.
Bradley J. Mancuso, Esq.
Rachael E. Sauer, Esq.

Bohm Law Group, Inc.
21051 Warner Center Lane, Suite 225
Woodland Hills, California 91367